Certificate Number: 17082-PAE-DE-028003899

Bankruptcy Case Number: 16-15759



17082-PAE-DE-028003899

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 2, 2016, at 8:19 o'clock AM MST, KRISTINA L ANSPACH completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   September 2, 2016              By:    /s/Orsolya K Lazar

                                       Name:  Orsolya K Lazar

                                       Title: Executive Director