# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

KRISTINA LYNNE ANSPACH

JONATHAN PAUL ANSPACH

    Debtor(s).

) CASE NO.: 16-15759

) JUDGE: ERIC L FRANK

## MORTGAGE SERVICER'S NOTICE OF DEBTOR'S REQUEST FOR TEMPORARY FORBEARANCE DUE TO THE COVID-19 PANDEMIC

Now comes JPMorgan Chase Bank, National Association ("Creditor") and hereby submits Notice to the Court of the Debtor's request for temporary mortgage payment forbearance based upon a material financial hardship caused by the COVID-19 pandemic.

The Debtor recently contacted Creditor requesting a forbearance period of 3 months and has elected to not tender mortgage payments to Creditor that would come due on the mortgage starting 4/1/2020 through 6/30/2020. Creditor holds a secured interest in real property commonly known as 6 ROSY RIDGE CT, TELFORD, PA 18969 as evidenced by claim number 14 on the Court's claim register. Creditor, at this time, does not waive any rights to collect the payments that come due during the forbearance period. This arrangement does not amend or modify the Debtor's chapter 13 plan or create a repayment plan. If the Debtor desires to modify the length of the forbearance period or make arrangements to care for the forbearance period arrears, Creditor asks the Debtor or Counsel for the Debtor make those requests through Creditor's Loss Mitigation Team at (877) 496-3138.

Per the request, Debtor will resume Mortgage payments beginning 7/1/2020 and will be required to cure the delinquency created by the forbearance period (hereinafter "forbearance arrears") through loss mitigation arrangements, a bankruptcy consent order or through an amended or modified chapter 13 bankruptcy plan. If Debtor fails to make arrangements to fully cure the forbearance arrears, Creditor reserves it rights to seek relief from the automatic stay upon expiration of the forbearance period.

Respectfully submitted,

*/s/ Leigh  Carr*
Leigh  Carr
Agent for Creditor
McCalla Raymer Leibert Pierce, LLC
1544 Old Alabama Road
Roswell, GA 30076
Phone: 678-913-1354
Leigh.Carr@mccalla.com

## CERTIFICATE OF SERVICE

I certify that a true and accurate copy of the foregoing Notice of Debtor's Request for Temporary Forbearance was served upon the following parties in the following fashion on this 5th day of June, 2020:

KRISTINA LYNNE ANSPACH                                          *(Served via US Mail)*
JONATHAN PAUL ANSPACH
6 ROSY RIDGE CT, TELFORD, PA 18969


LYNN E FELDMAN                                                  *(Served via ECF Notification)*
221 NORTH CEDAR CREST BLVD., ALLENTOWN, PA 18104


WILLIAM C. MILLER, ESQ.                                         *(Served via ECF Notification)*
P.O. BOX 1229, PHILADELPHIA, PA 19105



Date: 6/9/2020                              By:  /s/ *Leigh Carr*
                                                 Leigh Carr