# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

KRISTINA LYNNE ANSPACH,

JONATHAN PAUL ANSPACH,

    Debtors.

) CASE NO.: 16-15759
)
)
)
) JUDGE: ERIC L. FRANK
)
)
)
)
)
)

## MORTGAGE SERVICER'S NOTICE OF DEBTOR'S REQUEST FOR TEMPORARY FORBEARANCE DUE TO THE COVID-19 PANDEMIC

Now comes JPMorgan Chase Bank, National Association ("Creditor") and hereby submits Notice to the Court of the Debtor's request for temporary mortgage payment forbearance based upon a material financial hardship caused by the COVID-19 pandemic.

Due to recent financial hardship resulting directly or indirectly from the COVID-19 emergency, the Debtor initiated, and Creditor has provided a temporary suspension of mortgage payments for the period of 12 months. Creditor holds a secured interest in real property commonly known as 6 ROSY RIDGE CT, TELFORD, PA 18969 as evidenced by claim number 14 on the Court's claim register. Creditor, at this time, does not waive any rights to collect the payments that come due during the forbearance period. This arrangement does not amend or modify the Debtor's chapter 13 plan or create a repayment plan. If the Debtor desires to modify the length of the forbearance period or make arrangements to care for the forbearance period arrears, Creditor asks the Debtor or Counsel for the Debtor make those requests through Creditor's Loss Mitigation Team at (877) 496-3138.

Per the request, Debtor will resume Mortgage payments beginning 4/1/2021 and will be required to cure the delinquency created by the forbearance period (hereinafter "forbearance arrears") through loss mitigation

arrangements, a bankruptcy consent order or through an amended or modified chapter 13 bankruptcy plan. If Debtor fails to make arrangements to fully cure the forbearance arrears, Creditor reserves it rights to seek relief from the automatic stay upon expiration of the forbearance period.

Respectfully submitted,

*/s/ Maria Tsagaris*
Maria Tsagaris
Agent for Creditor
McCalla Raymer Leibert Pierce, LLC
1544 Old Alabama Road
Roswell, GA 30076
Phone: 678-281-6532
Maria.Tsagaris@mccalla.com

## CERTIFICATE OF SERVICE

I certify that a true and accurate copy of the foregoing Notice of Debtor's Request for Temporary Forbearance was served upon the following parties in the following fashion on this 19th day of January, 2021:

KRISTINA LYNNE & JONATHAN PAUL ANSPACH  *(Served via US Mail)*
6 ROSY RIDGE CT, TELFORD, PA 18969

LYNN E FELDMAN  *(Served via ECF Notification)*
221 NORTH CEDAR CREST BLVD, ALLENTOWN, PA 18104

WILLIAM C MILLER ESQ  *(Served via ECF Notification)*
PO BOX 1229, PHILADELPHIA, PA 19105


Date: 1/19/2021                                By:  /s/ *Maria Tsagaris*
                                                     Maria Tsagaris