United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-15759-elf |
| Kristina Lynne Anspach | Chapter 13 |
| Jonathan Paul Anspach | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Nov 01, 2021 | Form ID: 138OBJ | Total Noticed: 46 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

\#\#     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 03, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Kristina Lynne Anspach, 6 Rosy Ridge Ct, Telford, PA 18969-1367 |
| jdb | # | Jonathan Paul Anspach, 6 Rosy Ridge Ct, Telford, PA 18969-1367 |
| 13786861 | ++ | ASCENDIUM EDUCATION SOLUTIONS INC, PO BOX 8961, MADISON WI 53708-8961 address filed with court:, Navient Solutions Inc. on behalf of USA Funds, Attn: Bankruptcy Litigation Unit E3149, P.O. Box 9430, Wilkes-Barre, PA 18773-9430 |
| 13776173 | | Aes/FRN SL, PO Box 61047 box 61047, Harrisburg, PA 17106-1047 |
| 13776175 | | Beneficial Mutual Savings Bank, 106 S 16th St, Philadelphia, PA 19102-2802 |
| 13776178 | | CCEC Cedar Crest Emergicenter, 110 S Cedar Crest Blvd, Allentown, PA 18104 |
| 13776180 | | Chase Mortgage, 10790 Rancho Bernardo Rd, San Diego, CA 92127-5705 |
| 13971462 | | Educational Credit Management Corporation, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 13776181 | | Financial Recoveries, PO Box 1388, Mount Laurel, NJ 08054-7388 |
| 13776182 | | Grand View Hospital, PO Box 397 box 397, Souderton, PA 18964-0397 |
| 13776183 | | Grimley Financial, 30 Washington Ave Ste C-6, Haddonfield, NJ 08033-3341 |
| 14410145 | + | JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, C/O KEVIN S. FRANKEL, Shapiro & DeNardo, LLC, 3600 Horizon Drive, Ste. 150, King of Prussia, PA 19406-4702 |
| 14409292 | + | JPMorgan Chase Bank, National Association, c/o Kevin S. Frankel, Esquire, Shapiro & DeNardo, LLC, 3600 Horizon Drive, Suite 150, King of Prussia, PA 19406-4702 |
| 13776185 | | Medical Imaging Of LV, PO Box 3226, Allentown, PA 18106-0226 |
| 13788991 | + | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 13776191 | + | Penn Foundation, 807 Lawn Ave, Sellersville, PA 18960-1594 |
| 13776195 | | Resident Data LLC, 12770 Coit Rd # 1000, Dallas, TX 75251-1348 |
| 13776196 | | Rothman Institute, 3300 Tillman Dr, Bensalem, PA 19020-2071 |
| 13803611 | | Wells Fargo Bank NA, PO Box 10438, Des Moines IA 50306-0438 |
| 13776199 | | Wells Fargo Financial, 1963 Bell Ave, Des Moines, IA 50315-1000 |

TOTAL: 20

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Nov 02 2021 00:37:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 02 2021 00:37:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Nov 02 2021 00:37:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14059968 | | Email/Text: GUARBKe-courtdocs@ascendiumeducation.org | Nov 02 2021 00:37:00 | GLHEC & Affiliates: GLHEGC, NELA, USAF, |

| Record | Method | Date/Time | Recipient |
|---|---|---|---|
| 13776174 | + Email/Text: broman@amhfcu.org | Nov 02 2021 00:37:00 | PO Box 8961, Madison WI 53708-8961<br>American Heritage FCU, 2060 Red Lion Rd, Philadelphia, PA 19115-1699 |
| 13776176 | Email/Text: EBN_IndianapolisIMC@receivemorermp.com | Nov 02 2021 00:37:00 | Berks Credit & Collection, PO Box 329, Temple, PA 19560-0329 |
| 13781982 | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 02 2021 12:32:47 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 13776177 | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 02 2021 12:32:47 | Capital One Bank USA, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 13818254 | + Email/Text: bankruptcy@cavps.com | Nov 02 2021 00:37:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 13776179 | Email/Text: bk.notifications@jpmchase.com | Nov 02 2021 00:37:00 | Chase Auto Finance, PO Box 901076, Fort Worth, TX 76101-2076 |
| 13849311 | Email/PDF: ais.chase.ebn@americaninfosource.com | Nov 02 2021 00:37:47 | JPMorgan Chase Bank, National Association, Chase Records Center, Attn: Correspondence Mail, Mail Code LA4-5555, 700 Kansas Lane, Monroe, LA 71203 |
| 14590923 | Email/PDF: ais.chase.ebn@americaninfosource.com | Nov 02 2021 00:37:42 | JPMorgan Chase Bank, National Association, Chase Records Center, Mail Code OH4-7142, 3415 Vision Drive, Columbus OH 43219 |
| 13825299 | Email/Text: bk.notifications@jpmchase.com | Nov 02 2021 00:37:00 | JPMorgan Chase Bank, N.A., National Bankruptcy Department, P.O. Box 29505 AZ1-1191, Phoenix, AZ 85038-9505 |
| 13822724 | + Email/Text: bankruptcydpt@mcmcg.com | Nov 02 2021 00:37:00 | MIDLAND FUNDING LLC, PO BOX 2011, WARREN, MI 48090-2011 |
| 13776186 | + Email/Text: bankruptcydpt@mcmcg.com | Nov 02 2021 00:37:00 | Midland Credit Management, 8875 Aero Dr Suite 200, San Diego, CA 92123-2255 |
| 13776187 | Email/Text: bankruptcydpt@mcmcg.com | Nov 02 2021 00:37:00 | Midland Funding LLC, 8875 Aero Dr Ste 200, San Diego, CA 92123-2255 |
| 13776188 | Email/Text: Bankruptcies@nragroup.com | Nov 02 2021 00:37:00 | National Recovery Agency, 2491 Paxton St, Harrisburg, PA 17111-1036 |
| 13776189 | Email/PDF: pa_dc_claims@navient.com | Nov 02 2021 00:37:43 | Navient, PO Box 9655, Wilkes Barre, PA 18773-9655 |
| 13818890 | Email/PDF: pa_dc_claims@navient.com | Nov 02 2021 00:37:48 | Navient PC Trust, c/o Navient Solutions, Inc., PO BOX 9640, Wilkes-Barre, PA 18773-9640 |
| 13776190 | Email/PDF: pa_dc_claims@navient.com | Nov 02 2021 00:37:38 | Navient solutions, PO Box 9640 Box 9640, Wilkes Barre, PA 18773-9640 |
| 13776192 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 02 2021 00:37:37 | Portfolio Recovery Assoc., 120 Corporate Blvd, Norfolk, VA 23502-4952 |
| 13845189 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 02 2021 00:37:48 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 13789462 | + Email/Text: joey@rmscollect.com | Nov 02 2021 00:37:00 | Patient First c/o Receivables Management Systems, PO Box 8630, Richmond, VA 23226-0630 |
| 13776194 | Email/Text: joey@rmscollect.com | Nov 02 2021 00:37:00 | Receivables Management Systems, PO Box 8630, Richmond, VA 23226-0630 |
| 13776197 | + Email/Text: bankruptcy@sw-credit.com | Nov 02 2021 00:37:00 | Southwest Credit Systems, 5910 W Plano Pkwy Ste 100, Plano, TX 75093-2202 |
| 13776198 | Email/PDF: gecsedi@recoverycorp.com | Nov 02 2021 11:29:37 | Syncb/Care Credit, Box 965036, Orlando, FL 32896-5036 |

TOTAL: 26

Case 16-15759-elf Doc 43 Filed 11/03/21 Entered 11/04/21 00:40:35 Desc Imaged
Certificate of Notice Page 3 of 4

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Nov 01, 2021 | Form ID: 138OBJ | Total Noticed: 46 |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 13776184 | ## | Hayt, Hayt & Landau, 123 S Broad St Ste 1660, Philadelphia, PA 19109-1003 |
| 13776193 | ## | ProCo, PO Box 2462 box 2462, Aston, PA 19014-0462 |

TOTAL: 0 Undeliverable, 0 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 03, 2021          Signature:          /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 1, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| JOSHUA I. GOLDMAN | on behalf of Creditor JPMORGAN CHASE BANK NATIONAL ASSOCIATION Josh.Goldman@padgettlawgroup.com, angelica.reyes@padgettlawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KEVIN S. FRANKEL | on behalf of Creditor JPMORGAN CHASE BANK NATIONAL ASSOCIATION pa-bk@logs.com |
| KRISTEN D. LITTLE | on behalf of Creditor JPMORGAN CHASE BANK NATIONAL ASSOCIATION pabk@logs.com, klittle@logs.com;logsecf@logs.com |
| LYNN E. FELDMAN | on behalf of Debtor Kristina Lynne Anspach feldmanfiling@rcn.com |
| LYNN E. FELDMAN | on behalf of Joint Debtor Jonathan Paul Anspach feldmanfiling@rcn.com |
| THOMAS I. PULEO | on behalf of Creditor JPMORGAN CHASE BANK NATIONAL ASSOCIATION tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 8

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Kristina Lynne Anspach and Jonathan Paul Anspach

    Debtor(s)          Case No: 16−15759−elf

                      Chapter: 13

---

### *NOTICE OF DEADLINE TO OBJECT TO DISCHARGE*

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

      900 Market Street
      Suite 400
      Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 11/1/21

42 − 41
Form 138OBJ